IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 14-159 |
| MICHAEL GREEN | : | |

### O R D E R

**AND NOW**, this 20th day of July, 2014, upon consideration of Defendant, Michael Green's Motion to Suppress Out-of-Court and In-Court Identification (ECF No. 38), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. Barclay Surrick, J.**